United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUWAKKIL Al-HIZBULLAHI, a.k.a. TIM TYSON,<br><br>    Plaintiff,<br><br>  v.<br><br>R.G. BLEISNER, et al.,<br><br>    Defendants.<br>_____ | No. C 04-4903 MMC (PR)<br><br>**ORDER GRANTING<br>LEAVE TO AMEND**<br><br>(Docket No. 2) |

    Plaintiff, an inmate at Pelican Bay State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983, challenging discipline he received and his placement in administrative segregation.  He has paid the filing fee.

    Now before the Court is plaintiff's motion to amend the complaint, by which motion plaintiff indicates his intent to add to the original complaint a new claim regarding his mail delivery as well as new defendants.

    An amended complaint supersedes the initial complaint and may not incorporate by reference any parts of the original complaint.  London v. Coopers & Lybrand, 644 F.2d 811, 814 (9th Cir. 1981).  Defendants not named in an amended complaint are no longer defendants. See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir.1992).  These rules govern actions filed by pro se litigants as well as litigants represented by counsel.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987) (finding original complaint that was not incorporated into pro se litigants' unsolicited amended complaint was properly ignored).

Accordingly, if plaintiff wishes to amend his complaint to include new claims and new defendants, he must file an amended complaint, which amended complaint also must include any claims from the original complaint he wishes to preserve.

In light of the foregoing, the Court orders as follows:

1. Within **thirty (30) days** of the date this order is filed, plaintiff may file an AMENDED COMPLAINT <u>using the court's form civil rights complaint</u>. Plaintiff shall complete the form, and include in the caption both the case number of this action (No. C 04-4903 MMC (PR)), and the phrase "AMENDED COMPLAINT."

2. **<u>If plaintiff fails to timely file an amended complaint in conformity with this order, this action will proceed on the basis of plaintiff's original complaint only.</u>**

3. It is plaintiffs' responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

This order terminates Docket No. 2.

IT IS SO ORDERED.

DATED: November 14, 2005

_____
MAXINE M. CHESNEY
United States District Judge

2