IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUWAKKIL AL-HIZBULLAHI, a.k.a. TIM TYSON,<br><br>      Plaintiff,<br><br>  v.<br><br>R.G. BLEISNER, et al.,<br><br>      Defendants. | No. C 04-4903 MMC (PR)<br><br>**ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANTS; DIRECTING CLERK TO PROVIDE PLAINTIFF WITH FORM RE: WAIVER OF SERVICE OF SUMMONS**<br><br>**(Docket No. 24)** |

      On November 11, 2004, plaintiff, a California prisoner incarcerated at Represa State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2008, the Court reviewed the allegations in the second amended complaint and ordered plaintiff, who is not proceeding in forma pauperis and has paid the filing fee, either to provide proof that he has served those defendants against whom cognizable claims for relief have been found, or to show cause why such defendants should not be dismissed from this action without prejudice.

      On July 7, 2008, the Court granted plaintiff an extension of time to August 29, 2008, to comply with the Court's order. On July 24, 2008, plaintiff filed a request to proceed in forma pauperis in order that service of the complaint and summons on each defendant be made by the United States Marshal pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure. On August 1, 2008, the Court denied plaintiff's request; the Court again ordered plaintiff to comply with the Court's April 23, 2008 order, and to do so on or by August 29,

2008. On August 15, 2008, plaintiff filed the instant motion for an extension of time to serve defendants.

Good cause appearing, plaintiff's request is hereby GRANTED, and, no later than <u>October 1, 2008</u>, plaintiff shall provide the Court with proof that defendants have been properly served in accordance with the Federal Rules of Civil Procedure, or otherwise show cause why the complaint should not be dismissed without prejudice as to each unserved defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff asks that he be provided with two copies of the form that must accompany a request by a plaintiff that a defendant waive service of summons. <u>See</u> Fed. R. Civ. P. 4(d)(1)(D). Accordingly, the Clerk of the Court is hereby DIRECTED to send plaintiff two copies of the court's form titled "Notice of Lawsuit and Request for Waiver of Service of Summons."

This order terminates Docket No. 24.

IT IS SO ORDERED.

DATED: August 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2