IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUWAKKIL AL-HIZBULLAHI, a.k.a. TIM TYSON,

      Plaintiff,

  v.

R.G. BLEISNER, et al.,

      Defendants.
                                       /

No. C - 04-4903 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** plaintiff's motion to compel discovery is hereby DENIED, and defendant Woodford's motion for summary judgment is hereby GRANTED on all claims.

Dated: September 8, 2010

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk